IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 2:08-CR-39(1) |
| vs. | : | JUDGE ALGENON L. MARBLEY |
| Luis Jorge Felix-Cadena | : | |
| Defendant. | : | |

### ORDER

On July 2, 2008, the Magistrate Judge issued a *Report and Recommendation* pursuant to 28 U.S.C. § 636(b)(1) urging the Court to accept Defendant Luis Jorge Felix-Cadena guilty plea. Defendant, represented by counsel, waived his right to appear on the matter before a District Judge. The Magistrate Judge conducted the colloquy required by Federal Rule of Criminal Procedure 11(b). Defendant's plea was knowing, voluntary, free from coercion, and had a basis in fact. Although Defendant was specifically informed of his right to contest the *Report and Recommendation* and the consequences of his failure to do so, he did not object. Accordingly, the Court **ADOPTS** the *Report and Recommendation* and **ACCEPTS** Defendant's plea of guilty to count two of the superseding indictment.

IT IS SO ORDERED.

                                                        s/Algenon L. Marbley
                                                     ALGENON L. MARBLEY
                                      UNITED STATES DISTRICT COURT

Dated: 9/11/08