## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:08-CR-39** |
| | : | |
| **vs.** | : | **JUDGE ALGENON L.MARBLEY** |
| | : | |
| **Jose Felix-Ramiro** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

On August 6, 2008, the Magistrate Judge issued a *Report and Recommendation* pursuant to 28 U.S.C. § 636(b)(1) urging the Court to accept Defendant August 6, 2008 guilty plea. Defendant, represented by counsel, waived his right to appear on the matter before a District Judge. The Magistrate Judge conducted the colloquy required by Federal Rule of Criminal Procedure 11(b). Defendant's plea was knowing, voluntary, free from coercion, and had a basis in fact. Although Defendant was specifically informed of his right to contest the *Report and Recommendation* and the consequences of his failure to do so, he did not object. Accordingly, the Court **ADOPTS** the *Report and Recommendation* and **ACCEPTS** Defendant's plea of guilty to count two of the superseding indictment.

**IT IS SO ORDERED.**

          __s/Algenon L. Marbley__
          **ALGENON L. MARBLEY**
          **UNITED STATES DISTRICT COURT**

Dated: October 21, 2008